UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NGA THI HO,

Petitioner,

v.

PAMELA BONDI, et al.,

Defendants.

CIVIL ACTION NO.
1:25-CV-03528-JPB

**ORDER**

This matter is before the Court on the parties' Consent Motion to Remand Jurisdiction [Doc. 7]. Defendants seek an order under 8 U.S.C. § 1447(b), "with appropriate instructions," remanding jurisdiction back to the United States Citizenship and Immigration Services ("USCIS") to adjudicate Petitioner's Form N-400, Application for Naturalization, by no later than 120 days after the date of this Order. Defendants further request that the Court order a status report no later than 130 days after remand and stay this case while USCIS adjudicates the Application. Petitioner consents to the requested relief.

Having reviewed the Motion and applicable law, the Court determines that there is good cause to grant the Motion. Accordingly, the parties' Consent Motion to Remand Jurisdiction [Doc. 7] is **GRANTED** and it is hereby **ORDERED** that,

pursuant to 8 U.S.C. §1447(b), the Court remands jurisdiction to USCIS to adjudicate Petitioner's Application for Naturalization no later than 120 days after the date of this Order.

**IT IS FURTHER ORDERED** that the parties shall submit a joint status report no later than 130 days after the date of this Order informing the Court of the status of Petitioner's Application and whether there is any further basis for the Court to assert jurisdiction over this matter.

In light of the remand, this matter is **STAYED** until further order of the Court. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for docket management purposes. Administrative closure will not prejudice the rights of the parties to this litigation in any manner nor preclude the filing of documents.

**SO ORDERED** this 17th day of December, 2025.

**J. P. BOULEE**
United States District Judge